IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00478-BNB

JOHN J. McCARTHY,

Petitioner,

v.

WARDEN, FCI Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 9 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Petitioner, John J. McCarthy, initiated this action by filing *pro se* a "Petition for Writ of Habeas Corpus by a Federal Prisoner." In an order filed on March 2, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. McCarthy to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. McCarthy to file on the proper form an application for a writ of habeas corpus and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. McCarthy was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. McCarthy has failed to cure the deficiencies within the time allowed and he has failed to respond to Magistrate Judge Boland's March 2 order in any way. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 28th day of April, 2010.

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00478-BNB

John J. McCarthy
Reg. No. 38051-066
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/29/10

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk